

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00271-CV

BILLY RAY BARNES, Appellant

V.

MARQUITA DEADRICK, Appellee

Appeal from the 257th District Court of Harris County.   (Tr. Ct. No. 2013-06126).

This case is an appeal from the final judgment signed by the trial court on January 9, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court orders that the appellee, Marquita Deadrick, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 17, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Higley. Justice Keyes, dissenting.